FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza New York,
New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Alan H. Price</u>
(Name of attorney of record)
on behalf of <u>Nucor Corporation</u> in the matter of *Nucor Corporation v. United States*, Court No. <u>26-00713</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
N/A

*/s/ Alan H. Price*                                                         January 16, 2026
Signature of Attorney                                                      Date

**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)