FORM 11-1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>        Plaintiff,<br>   v.<br>**UNITED STATES**<br>        Defendant. | Court No.  26-00713 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

■ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: January 16, 2026              */s/ Alan H. Price*
                                    Alan H. Price, Esq

                                    **Wiley Rein LLP**
                                    2050 M Street, NW
                                    Washington, DC 20036
                                    (202) 719-7000
                                    WileyTrade@wiley.law

FORM 11-2

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES**<br>　　　　　　　　　　**Defendant.** | **Court No. 26-00713** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>　　　　　　　　*/s/ Christopher B. Weld*
　　　　　　　　　　　　　　　　　　　　Christopher B. Weld, Esq.

　　　　　　　　　　　　　　　　　　　　**Wiley Rein LLP**
　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 719-7000
　　　　　　　　　　　　　　　　　　　　WileyTrade@wiley.law

FORM 11-3

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>                    **Plaintiff,**<br>      v.<br>**UNITED STATES**<br>                    **Defendant.** | **Court No. 26-00713** |

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: <u>January 16, 2026</u>          <i>/s/ Stephanie M. Bell</i>
                                       Stephanie M. Bell, Esq.

                                       **Wiley Rein LLP**
                                       2050 M Street, NW
                                       Washington, DC 20036
                                       (202) 719-7000
                                       WileyTrade@wiley.law

FORM 11-4

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| **NUCOR CORPORATION**<br>　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES**<br>　　　　　　　　　**Defendant.** | Court No.  26-00713 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, plaintiff in this action.

☐  and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

■  The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Alan H. Price.

Date: January 16, 2026                 */s/ Adam M. Teslik*
　　　　　　　　　　　　　　　　　　　　　Adam M. Teslik, Esq.

　　　　　　　　　　　　　　　　　　　　　**Wiley Rein LLP**
　　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　(202) 719-7000
　　　　　　　　　　　　　　　　　　　　　WileyTrade@wiley.law