# CERTIFICATE OF SERVICE

PUBLIC SERVICE
*Nucor Corporation v. United States*
**Court No. 26-00713**

I certify that a copy of this public submission was served to the following parties, via certified mail, on January 16, 2026.

                                        */s/ Stephanie M. Bell*
                                        Stephanie M. Bell, Esq.

Roger B. Schagrin, Esq.
**Schagrin Associates**
Washington, DC 20001900 7th Street, NW
Suite 500
Washington, DC 20001

Stephen P. Vaughn, Esq.
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

H. Deen Kaplan, Esq.
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

Kristin H. Mowry, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Joanne Osendarp, Esq.
**Blank Rome LLP**
1825 Eye Street NW
Washington, DC 20006

Nancy A Noonan, Esq.
**ArentFox Schiff LLP**
1717 K St., NW
Washington, DC 20006

Frederick P Waite, Esq.
**Vorys, Sater, Seymour and Pease LLP**
1909 K Street, NW
9th Floor
Washington, DC 20006-1152

William R. Isasi, Esq.
**Covington & Burling**
One City Center
850 Tenth Street, NW
Washington, DC 20001

Annie Ouellet
**Embassy of Canada**
501 Pennsylvania Avenue, NW
Washington, DC 20001-2111

Thomas M. Beline
Cassidy Levy Kent (USA) LLP
**2112 Pennsylvania Avenue, NW**
Suite 300
Washington, DC 20037

John Anwesen
**Lighthill PC**
300 New Jersey Avenue, NW
Suite 300
Washington, D.C. 20001

James Greathouse
**Representative of Government of Canada**
501 Pennsylvania Ave. NW
Washington, D.C. 20001

Supervising Attorney
**Civil Division – Commercial Litigation Branch**
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Ave., NW
Washington, DC 20230

Attorney in Charge
**International Trade Field Office**
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278