**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| NUCOR CORPORATION, | : |
| Plaintiffs, | : |
| v. | : Court No. 26-00713 |
| UNITED STATES, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                                        Gina Justice
                                                      Clerk of the Court


By:   /s/ Scott Warner
        Deputy Clerk

Date:  February 19, 2026
        New York, New York